# United States Court of Appeals
## For the First Circuit

---

No. 25-1134

JANE DOE,

Plaintiff, Appellant,

v.

CITY OF BOSTON; BOSTON POLICE DEPARTMENT; INDIVIDUAL OFFICERS, in the official capacities,

Defendants, Appellees.

---

**JUDGMENT**

Entered: January 27, 2026

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's summary judgment order is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Aderson B. Francois, Sydney Caras, Emily Hirtle, Kay H. Hodge, John Matthew Simon