No. 25-1134

# In the United States Court of Appeals for the First Circuit

---

Jane Doe,

*Plaintiff-Appellant*,

*v.*

City of Boston; Boston Police Department; and Individual Officers, in their official capacities,

*Defendant-Appellees*.

---

On Appeal from the United States District Court
for the District of Massachusetts (No. CV 21-11062-MJJ)

---

**PLAINTIFF-APPELLANT'S MOTION FOR A 30-DAY EXTENSION TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC**

---

Pursuant to Federal Rules of Appellate Procedure 26(b) and 40(d), Plaintiff-Appellant Jane Doe moves for an extension of the deadline to file a petition for panel rehearing or rehearing *en banc*. On January 27, 2026, this Court issued a decision affirming the district court's grant of summary judgment to the City of Boston. *Doe v. City of Bos.*, ___ F.4th ___, No. 25-1134, 2026 WL 205562 (1st Cir. Jan. 27, 2026). The deadline for filing a petition for rehearing in this matter is currently February 10, 2026. *See* Fed. R. App. 40(d)(1). The requested extension

1

for an additional 30 days to file a petition would result in a deadline of March 12, 2026.

Plaintiff-Appellant has good cause for requesting an extension. The panel's decision in the above-captioned matter raises serious factual and legal issues that merit reconsideration by the panel or consideration by the full Court. Additional time is necessary for Plaintiff-Appellant to fully and properly present those matters in a petition to the Court.

Doe is represented in this appeal by the Civil Rights Clinic at Georgetown Law, which consists of a team of three students supervised by attorney Aderson B. Francois. That student team turns over every semester. On the date that the panel issued their decision, the current student team on Doe's case was one week into onboarding and only beginning review of the extensive record in this matter.

The student attorneys are also handling other matters in federal court and, concurrent to representing Plaintiff-Appellant in this appeal, have been briefing motions for summary judgment and preparing for a planned jury trial. For those reasons, the extension requested is necessary to enable the student attorneys to carefully review and prepare the petition with the appropriate supervision.

Additionally, counsel for Plaintiff-Appellant has also been in contact with organizations that may wish to file amicus curiae briefs related to the petition for panel rehearing or rehearing *en banc*. The requested extension would give those

interested parties additional time to grapple with the complex issues presented by the panel's decision and better inform the Court on their positions. *See* Fed. R. App. 29(b).

Finally, this motion is being brought in good faith and not for the purposes of delay. The requested extension will not significantly affect the timing of proceedings in this matter.

For the above reasons, Plaintiff-Appellant requests that this Court grant an extension of the deadline for filing a petition for panel rehearing or rehearing *en banc* up to and including March 12, 2026.

**Respectfully submitted**,
Jane Doe, Plaintiff-Appellant,
*by the undersigned counsel*:

---

Aderson B. Francois
GEORGETOWN LAW CIVIL RIGHTS
  CLINIC
600 New Jersey Avenue, NW, Suite
  352
Washington, D.C. 20001
(202) 661- 6721

*Counsel for Plaintiff-Appellant*

Dated: February 6, 2026

3

## Certificate of Service

I hereby certify that on February 6, 2026, I electronically filed the foregoing rehearing petition with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

Dated: February 6, 2026                    Aderson B. Francois

A