# United States Court of Appeals
## For the First Circuit

---

No. 25-1134

JANE DOE,

Plaintiff - Appellant,

v.

CITY OF BOSTON; BOSTON POLICE DEPARTMENT; INDIVIDUAL OFFICERS, in their official capacities,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: February 9, 2026

Appellant Jane Doe's motion for a 30-day extension of time to file a petition for rehearing or rehearing en banc is allowed in part. The time to file a petition for rehearing or rehearing en banc is enlarged to February 25, 2026, <u>only</u>. No further extension of this deadline should be expected.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Aderson B. Francois
Sydney Caras
Emily Hirtle
Kay H. Hodge
John Matthew Simon