# United States Court of Appeals
## For the First Circuit

———————————

No. 25-1134

JANE DOE,

Plaintiff - Appellant,

v.

CITY OF BOSTON; BOSTON POLICE DEPARTMENT; INDIVIDUAL OFFICERS, in their official capacities,

Defendants - Appellees.

———————————

Before

Barron, <u>Chief Judge</u>,
Lynch, Kayatta, Gelpí, Montecalvo, Rikelman, Aframe, and Dunlap

<u>Circuit Judges</u>.

———————————

**ORDER OF COURT**

Entered: April 21, 2026

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be <u>denied</u>.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Aderson B. Francois, Sydney Caras, Emily Hirtle, Kay H. Hodge, John Matthew Simon